IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:12-CR-16-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | SCHEDULING ORDER |
| JONATHAN EDMOND DAVENPORT | ) | |
| Defendants. | ) | |

Following initial appearance and arraignment held February 12, 2013, the court set telephonic scheduling conference in this case for February 15, 2013, at 1:00 p.m., for the purpose of discussing more particularly a trial date with the attorneys. The government now moves to continue said scheduling conference, which gives the court particular cause to consider, too, necessity for same, in light of issues presented on scheduling February 12, 2013. The court inquired then as to estimated trial length and also as to scheduling preferences. Of its own initiative, in light of scheduling issues already discussed at initial appearance, further conference to set trial date is not required, and the court now dispenses with same, denying as moot the motion to continue the scheduling conference.

Where trial in this matter is anticipated to take two weeks, and defendant expressed preference for a May trial date, while recognizing the government's preference for the trial to begin in April, the court hereby sets trial in this matter to commence **May 13, 2013.** The parties must submit proposed voir dire and jury instructions by **May 6, 2013.** It is further ordered that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to

18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO ORDERED, this the 14th day of February, 2013

_____
LOUISE W. FLANAGAN
United States District Judge